AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

## Southern District of Texas

United States District Court
Southern District of Texas
FILED

DEC 16 2016

David J. Bradley, Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Roberto GALVAN-Martinez Jr. | ) Case No. M-16-2322-M |
| YOB: 1966 | ) |
| Mexico | ) |
| *Defendant(s)* | ) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/14/2015 16_____ in the county of _____Hidalgo_____ in the

__Southern__ District of __Texas__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 922(g)(1) | possession of a firearm or ammunition, which has affected interstate commerce, by an individual having been convicted of a felony |

This criminal complaint is based on these facts:

### See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA D. PAXTON
DHP— 12/16/16

_____
*Complainant's signature*

__Jorge Olivarez - ATF Special Agent__
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __December 16, 2016  4:53pm__

_____
*Judge's signature*

City and state: _____McAllen, Texas_____

__U.S. Magistrate Peter E. Ormsby__
*Printed name and title*

AO 91 (Rev. 02/09) Criminal Complaint

## ATTACHMENT A

I, Special Agent Jorge Olivarez, affiant, do hereby depose and state the following: I am a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been a law enforcement officer since April 2006.

1. My duties include the investigation of violations of Federal firearms laws. I know it to be unlawful for any person who has been convicted of a crime punishable by more than one year in prison to possess a firearm.

2. On Wednesday, December 14, 2016, ATF Special Agents (SAs), Homeland Security Investigation (HSI) SAs and Texas Department of Public Safety (DPS)-Criminal Investigation Division (CID) Agents, conducted an undercover operation involving the sale of firearms in violation federal law. As a result of this operation, Roberto GALVAN-Martinez Jr. (hereinafter referred to as "GALVAN"), was found in possession of a Barrett Model 98B, Cal .338 Lapua Magnum, SN: AC001065.

3. ATF SAs initiated a consensual search at GALVAN's residence located at 12220 FM 2812 in Edcouch, Texas. GALVAN stated he understood his rights to give consent and granted ATF SAs consent to conduct a search of his property. During the consensual search, the aforementioned rifle was recovered from the GALVAN's bathroom.

4. The firearm was found to be manufactured outside of Texas and affects interstate or foreign commerce. The firearm is involved in a violation of 18 USC § 922(g)(1). The firearm is subject to forfeiture under 18 USC § 924(d).

AO 91 (Rev. 2/09) Criminal Complaint

## ATTACHMENT A

5. In 2004, GALVAN, was convicted of Money Laundering in amount of $100,000 or more in the 81st Judicial District Court of Atascosa County, Texas.  GALVAN was sentenced to seven (7) years to the custody of the Texas Department of Criminal Justice. GALVAN-Martinez Jr is prohibited from possessing a firearm having been convicted of a criminal offense with a punishment greater than one year.

_____

Jorge Olivarez - ATF Special Agent

Sworn to before me and subscribed in my presence,

_____

U.S. Magistrate Peter E. Ormsby

December 16, 2016

Date